IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P60005535, "also known as" (aka) RONALD SATISH EMRIT, and PRESIDENTIAL COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897 d/b/a UNITED EMRITS OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO); UNITED STATES DEPARTMENT OF COMMERCE; NASA GODDARD SPACE FLIGHT CENTER (GSFC); AMERICAN INSTITUTE OF PHYSICS (AIP); KENNEDY SPACE CENTER; and NATIONAL SCIENCE FOUNDATION (NSF), <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 125-082 |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. In lieu of objections, Plaintiff filed a Notice of Appeal to the Eleventh Circuit Court of Appeals. (Doc. no. 7.) Plaintiff's appeal to the Eleventh Circuit regarding the recommendation of dismissal does not divest this Court of jurisdiction to proceed.[1]

---

[1] Although filing a notice of appeal generally divests a district court of jurisdiction over those issues involved in the appeal, "a notice of appeal filed with respect to a non-appealable order does not have any effect on the district court's jurisdiction." United States v. Riolo, 398 F. App'x 568, 571 (11th Cir. 2010) (*per curiam*) (citation omitted). The recommendation for dismissal by

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint, and **CLOSES** this civil action.

SO ORDERED this 7th day of May, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

the Magistrate Judge is not an appealable order. See Young v. Ward, Civ. Act. No. 321-008, 2021 WL 2295586, at *1 & n.1 (S.D. Ga. June 4, 2021); Garcia v. JP Morgan Chase, No. 1:11-CV-2149-AT, 2012 WL 13008803, at *1 & n.1 (N.D. Ga. Mar. 9, 2010).